UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BROOKS an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK SERVICES, INC, a Delaware Corporation, DOES 1 through 20 inclusive,<br><br>Defendants. | Case No.: 3:18-cv-02148-CAB-(NLS)<br><br>**ORDER OF REMAND**<br>**[Doc. No. 3]** |

On September 14, 2018, Defendant Aramark Services, Inc. removed this case from the San Diego County Superior Court, on diversity of citizenship grounds claiming the action was between citizens of different states and the matter in controversy exceeded the aggregate sum of $75,000, exclusive of interest of interest and costs pursuant to 28 U.S.C. § 1441 (a)-(b). [Doc. No. 1 ¶ 7.]

Subsequently, the parties filed a Joint Motion to Remand to State Court because "the matter no longer meets the minimum jurisdictional requirements for a diversity removal to Federal Court." [Doc. No. 3 at 2.] The motion states that Plaintiff has stipulated that the joint values of his case does not exceed $75,000 and that he will not seek to recover any judgment in excess of $75,000. [*Id.*]

Accordingly, the Court **GRANTS** the joint motion [Doc. No. 3] and hereby **REMANDS** this action back to State Court for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c) ("[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."). The Clerk of the Court shall **CLOSE** the case.

It is **SO ORDERED**.

Dated: September 26, 2018

Hon. Cathy Ann Bencivengo
United States District Judge